UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SHAFFERY and SHIRLEY SHAFFERY,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 3:14-cv-06123-AET-TJB<br><br>**DEFENDANTS BANK OF AMERICA, N.A.'S and BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP'S RULE 7 CORPORATE DISCLOSURES** |

Pursuant to Fed. R. Civ. P. 7.1(b), Defendants Bank of America, N.A. and Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP hereby file this corporate disclosure statement and discloses the following:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes     (X) No

2. Does party have any parent corporations?

    (X) Yes     ( ) No

    a) Bank of America, N.A. is a privately held company, wholly owned by BANA Holding Corporation (not publicly traded).

    b) In turn, BANA Holding Corporation is wholly owned by BAC North America Holding Company (not publicly traded).

    c) BAC North America Holding Company is wholly owned by NB Holdings Corporation (not publicly traded).

    d) NB Holding Corporation is wholly owned by Bank of America Corporation, which is publicly traded.

3. Is 10% or more of the stock of a party owned by publicly held corporation or other publicly held entity?

( ) Yes     (X) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes     (X) No

                                          WINSTON & STRAWN, LLP
*Attorneys for Defendants*

By:    */s/Heather Elizabeth Saydah*
Heather Elizabeth Saydah, Esq.
New Jersey Bar No. 033572005
200 Park Avenue
New York, NY 10166-4193
(212) 294-5312
hsaydah@winston.com

Dated: October 31, 2014

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Rule 7 Corporate Disclosures by Defendants Bank of America, N.A. and Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP* has this 31st day of October, 2014 been forwarded via ECF to those parties duly registered and US Mail to all parties of record as follows:

>Susan Katherine McCabe
>THE LAW OFFICE OF SUSAN MCCABE
>24 Carriage Way
>Barnegat, NJ 08005
>susan@mccabelaw.org
>*Counsel for Plaintiffs*

>*/s/Heather Elizabeth Saydah*
>Heather Elizabeth Saydah, Esq.

NY:1652707.2